■ The People of the State of New York v. Alphonse Indelicato, Alias Sonny Red.— Motion to dispense with printing granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

## (October 20, 1960)

■ Joseph P. Delaney, Respondent, v. Buck Ram, Appellant.— Order, entered March 14, 1960, granting plaintiff's motion to strike the answer of the defendant for failure to appear at a continuance of an examination before trial, unanimously affirmed, with $20 costs and disbursements to the respondent. The examination of the defendant before trial is to continue at Special Term, Part II, Supreme Court, New York County, on November 10, 1960 at 10:00 A.M. Appeal from order entered on March 29, 1960, denying defendant's motion for reargument, unanimously dismissed. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ Howe Sound Company, Respondent, v. Greg-Gary Corporation, Appellant.— Order, entered June 24, 1960, granting a temporary injunction against the assignment, pledging, negotiation and other disposition by defendant of an irrevocable letter of credit issued in its favor is unanimously modified, on the facts and in the exercise of discretion, to the extent of conditioning the relief granted plaintiff by increasing the undertaking to be filed by plaintiff pursuant to section 893 of the Civil Practice Act, to the amount of $50,000, and, as so modified, affirmed, without costs. Said undertaking is to be duly approved and filed no later than 4:00 P.M. on Monday, October 24, 1960, and notice of the filing thereof filed with this court no later than Tuesday, October 25, 1960 at 10:00 A.M.; otherwise the application is denied in its entirety, without costs. Settle order on notice. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

■ Howe Sound Company, Respondent, v. Greg-Gary Corporation, Appellant.— Order, entered September 30, 1960, with respect to defendant's motion to modify, vacate or suspend the operation of the temporary injunction restraining it from taking action with respect to an irrevocable letter of credit, unanimously modified, on the facts and in the exercise of discretion, to the extent of reducing to the amount of $75,000 the undertaking to be filed by defendant as a condition to suspending the operation of said restraining order and, as so modified, the said order is affirmed, without costs. The undertaking, if furnished by defendant, is to be duly approved and filed no later than 4:00 P.M., Friday, October 28, 1960, and notice of the filing thereof filed with this court no later than Monday, October 31, 1960 at 10:00 A.M.; otherwise the order appealed from is affirmed, without costs. Settle order on notice. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.